**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| **BABBAGE HOLDINGS, LLC,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 2:13-CV-756 |
| | § | |
| | § | |
| **NINTENDO OF AMERICA, INC.,** | § | JURY TRIAL DEMANDED |
| | § | |
| Defendant. | § | |

**CORPORATE DISCLOSURE STATEMENT PURSUANT TO**
**FEDERAL RULE OF CIVIL PROCEDURE 7.1**

Defendant NINTENDO OF AMERICA, INC. ("NOA") discloses that its parent corporation is Nintendo Co., Ltd. ("NCL"). NCL, whose stock is publicly traded in Japan, owns 100% of NOA.

December 20, 2013

Clyde M. Siebman
Siebman Reynolds Burg & Phillips LLP
300 N Travis St
Sherman, TX 75090-0070
Telephone: (903) 870-0070
Fax: (903) 870-0066
Email: siebman@siebman.com

*Counsel for Defendant Nintendo of America, Inc.*

Respectfully submitted,

/s/ Reginald J. Hill
Reginald J. Hill
*Counsel of Record*
Jenner & Block LLP
353 N Clark St
Chicago, IL 60654
Telephone: (312) 923-2606
Fax: (312) 923-2706
Email: rhill@jenner.com

Adam G. Unikowsky
Jenner & Block LLP
1099 New York Ave, NW
Suite 900
Washington, DC 20001
Telephone: (202) 639-6041
Fax: (202) 661-4925
Email: aunikowsky@jenner.com

*Counsel for Defendant Nintendo of America, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 20, 2013, I electronically filed the foregoing Corporate Disclosure Statement by using the CM/ECF System, which will serve all counsel of record by notice of electronic filing pursuant to Fed. R. Civ. P. 5(b)(2)(E) and Local Rule CV-5(a).

/s/ Reginald J. Hill
Reginald J. Hill