NICK SAROS (SBN 209922)
JENNER & BLOCK LLP
633 West 5th Street, Suite 3600
Los Angeles, CA 90071
Tel: (213) 239-5100
Fax: (213) 239-5199
nsaros@jenner.com

REGINALD J. HILL (PRO HAC VICE)
JENNER & BLOCK LLP
353 North Clark Street
Chicago, IL 60654
Tel: (312) 222-9350
Fax: (312) 527-0484
rhill@jenner.com

ADAM G. UNIKOWSKY (PRO HAC VICE)
JENNER & BLOCK LLP
1099 New York Avenue, NW
Washington, DC 20001
Tel: (202) 639-6041
Fax: (202) 661-4925
aunikowsky@jenner.com

Attorneys for Defendant Nintendo of America
Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| BABBAGE HOLDINGS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>NINTENDO OF AMERICA INC.,<br><br>Defendant. | Case No. 5:14-CV-04822-BLF<br><br>Hon. Beth Labson Freeman<br><br>Nintendo's Civil L.R. 3-15 Certification of Interested Entities Or Persons<br><br>Complaint Filed: September 23, 2013<br>Trial Date: None Set |

Pursuant to Civil L.R. 3-15, the undersigned discloses that Nintendo of America Inc. is a wholly-owned subsidiary of Nintendo Co. Ltd., which is publicly traded in Japan. Aside from the entities identified in Plaintiff's Civil L.R. 3-15 Certification, Nintendo is unaware of any other interested entity or person under Civil L.R. 3-15.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Dated:  February 11, 2015

Respectfully submitted,

By:     /s Reginald J. Hill
          REGINALD J. HILL

NICK SAROS (SBN 209922)
JENNER & BLOCK LLP
633 West 5th Street, Suite 3600
Los Angeles, CA  90071
Tel: (213) 239-5100
Fax: (213) 239-5199
nsaros@jenner.com

REGINALD J. HILL
*Admitted Pro Hac Vice*
JENNER & BLOCK LLP
353 North Clark Street
Chicago, IL 60654
Tel: (312) 222-9350
Fax: (312) 527-0484
rhill@jenner.com

ADAM G. UNIKOWSKY
*Admitted Pro Hac Vice*
JENNER & BLOCK LLP
1099 New York Avenue, NW
Washington, DC 20001
Tel: (202) 639-6041
Fax: (202) 661-4925
aunikowsky@jenner.com

*Attorneys for Defendant Nintendo of America Inc.*