UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BABBAGE HOLDINGS, LLC,<br>    Plaintiff,<br>  v.<br>NINTENDO OF AMERICA, INC.,<br>    Defendant. | Case No.  14-cv-04822-BLF<br><br>**CASE MANAGEMENT ORDER** |

On 02/19/2015, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS ORDERED THAT all disputes with respect to disclosures or discovery are referred to the assigned Magistrate Judge.

IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing orders, which are available on the Court's website and in the Clerk's Office.

IT IS FURTHER ORDERED THAT Parties are to meet, confer and file a stipulated proposed schedule on briefing of motions and claims construction.

IT IS FURTHER ORDERED THAT the Claims Construction Tutorial and Claims Construction Hearing is set for 10/23/2015 at 9:00 am.

Dated: February 19, 2015

_____
BETH LABSON FREEMAN
United States District Judge